**CRIMINAL CAUSE FOR STATUS CONFERENCE**

BEFORE: SEYBERT,J.  DATE: 1/ 5/2018     TIME: 2:00

DOCKET NUMBER: CR 17-690        TITLE: USA-V-

DEFT NAME: ZOOBIA SHAHNAZ                    DEFT: #
    X  PRESENT    NOT PRESENT   X IN CUSTODY     ON BAIL

    ATTY. FOR DEFT.: STEVE ZISSOU              X C.J.A.
              X PRESENT      NOT PRESENT    RET

A.U.S.A. J. ARTHUR McCONNELL          DEPUTY CLERK: CHARLES BARAN

COURT REPORTER:  X P. AUERBACH     E. COMBS       M. FOLEY
   F. GUERINO      P. LOMBARDI    M. STEIGER      D. TURSI
   O. WICKER

 X  CASE CALLED.  ALL COUNSEL PRESENT.  CONFERENCE HELD.

 X  CASE ADJOURNED TO 3/ 5/2018 AT 11:30AM FOR STATUS CONFERENCE.

    MOTION CONFERENCE HELD ON                  'S MOTION TO
    _____

    ARGUMENT HEARD      MOTION GRANTED.      MOTION DENIED.
                        DECISION RESERVED.

    DECISION ENTERED INTO THE RECORD.

 X  SPEEDY TRIAL INFORMATION:
    CODE TYPE:  X-         START DATE:  1/ 5/2018     XSTRT
                           STOP DATE:   3/ 5/2018     XSTOP

 X  DEFT. CONTINUED IN CUSTODY.

    DEFT. CONTINUED ON BAIL.

    JURY SELECTION & TRIAL SCHEDULED FOR

    MOTIONS TO BE MADE BY

    RESPONSE BY GOVERNMENT BY

    REPLY IF ANY BY

 X  OTHER: SPEEDY TRIAL TIME EXCLUDED DUE TO DISCOVERY    .