

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JAM
F.#2017R01195

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 29, 2018

By FedEx and ECF

Steve Zissou, Esq.
42-40 Bell Boulevard
Suite 304
Bayside, New York 11361

      Re:    United States v. Zoobia Shahnaz
            Criminal Docket No. 17-690 (JS)

Dear Mr. Zissou:

      Enclosed please find the government's third discovery production in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The government also requests reciprocal discovery from the defendant.

      Specifically, the government is providing the following materials, which have been marked as either "sensitive" or "highly sensitive" under the terms of the Stipulation and Protective Order issued on January 5, 2018:

- Consent to Search Forms, Bates numbered ZS-0000684-691, marked "highly sensitive"
- Facebook Warrant and Affidavit, Bates numbered ZS-00000692-726, marked "highly sensitive"
- A draft list of certain files recovered from electronic devices seized at the time of arrest, Bates numbered ZS-00000727-729, marked "highly sensitive"
- Hospital Drive Warrants and Affidavit, Bates numbered ZS-00000730-758, marked "highly sensitive"
- Laptop Affidavit and Warrant, Bates numbered ZS-00000759-782, marked "highly sensitive"
- Galaxy S7 Affidavit and Warrant, Bates numbered ZS-00000783-810, marked "highly sensitive"
- iPhone and MP3 player Affidavit and Warrants, Bates numbered ZS-00000811-840, marked "highly sensitive"
- WhatsApp Warrant and Affidavit, Bates numbered ZS-00000841-892, marked "highly sensitive"

- Premises Warrant and Affidavit, Bates numbered ZS-00000893-926, marked "highly sensitive"

   If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

             Very truly yours,

             RICHARD P. DONOGHUE
             Acting United States Attorney

      By:  /s/ Artie McConnell
         Artie McConnell
         Assistant U.S. Attorneys
         (631) 715-7825

Enclosures (ZS-0000684-892)

cc:  Clerk of the Court (JS) (by ECF) (without enclosures)