**CRIMINAL CAUSE FOR ARRAIGNMENT & STATUS CONFERENCE**

BEFORE: SEYBERT,J.  DATE: 3/ 5/2018  TIME: 11:30

DOCKET NUMBER: CR 17-690  TITLE: USA-V-

DEFT NAME: ZOOBIA SHAHNAZ  DEFT: #
  X PRESENT ___NOT PRESENT  X IN CUSTODY ___ ON BAIL

  ATTY. FOR DEFT.: STEVE ZISSOU  X C.J.A.
   X PRESENT  ___NOT PRESENT  ___RET

A.U.S.A. J. ARTHUR McCONNELL  DEPUTY CLERK: CHARLES BARAN

COURT REPORTER: X P. AUERBACH ___E. COMBS ___M. FOLEY
___F. GUERINO ___P. LOMBARDI ___M. STEIGER ___D. TURSI
___O. WICKER

 X  CASE CALLED. ALL COUNSEL PRESENT. CONFERENCE HELD.

 X  DEFT. ARRAIGNED, WAIVES READING OF THE SUPERSEDING INDICTMENT, AND ENTERS A NOT GUILTY PLEA TO THE CHARGES.

 X  CASE ADJOURNED TO 4/26/2018 AT 12:00 N FOR STATUS CONFERENCE.

___ MOTION CONFERENCE HELD ON _____'S MOTION TO _____

___ ARGUMENT HEARD  ___ MOTION GRANTED.  ___ MOTION DENIED.
   ___ DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

 X  SPEEDY TRIAL INFORMATION:
  CODE TYPE: X-  START DATE: 3/ 5/2018  XSTRT
         STOP DATE: 4/26/2018  XSTOP

 X  DEFT. CONTINUED IN CUSTODY.

___ JURY SELECTION & TRIAL SCHEDULED FOR _____

___ MOTIONS TO BE MADE BY _____

___ RESPONSE BY GOVERNMENT BY _____

___ REPLY IF ANY BY _____

 X  OTHER: SPEEDY TRIAL TIME EXCLUDED DUE TO DISCOVERY  .