**CRIMINAL CAUSE FOR STATUS CONFERENCE**

BEFORE: SEYBERT,J.    DATE: 4/26/2018    TIME: 12:00

DOCKET NUMBER: CR 17-690    TITLE: USA-V-

DEFT NAME: ZOOBIA SHAHNAZ    DEFT: #
   X PRESENT ___NOT PRESENT  X IN CUSTODY  ___ ON BAIL

   ATTY. FOR DEFT.: STEVE ZISSOU    X C.J.A.
          X PRESENT    NOT PRESENT    RET

A.U.S.A. J. ARTHUR McCONNELL    DEPUTY CLERK: CHARLES BARAN

COURT REPORTER:  ___P. AUERBACH  ___E. COMBS   ___M. FOLEY
___F. GUERINO  ___P. LOMBARDI  ___M. STEIGER   X D. TURSI
___O. WICKER

 X  CASE CALLED. ALL COUNSEL PRESENT. CONFERENCE HELD.

 X  CASE ADJOURNED TO 7/6/2018 AT 11:30AM FOR STATUS CONFERENCE.

___ MOTION CONFERENCE HELD ON_____'S MOTION TO
_____

___ ARGUMENT HEARD   ___ MOTION GRANTED.   ___ MOTION DENIED.
              ___ DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

 X  SPEEDY TRIAL INFORMATION:
    CODE TYPE: X-         START DATE: 4/26/2018    XSTRT
                          STOP DATE:  7/6/2018     XSTOP

 X  DEFT. CONTINUED IN CUSTODY.

___ JURY SELECTION & TRIAL SCHEDULED FOR_____

___ MOTIONS TO BE MADE BY_____

___ RESPONSE BY GOVERNMENT BY_____

___ REPLY IF ANY BY_____

 X  OTHER: SPEEDY TRIAL TIME EXCLUDED DUE TO DISCOVERY    .