

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JAM
F.# 2017R01195

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 30, 2018

<u>By ECF and Hand Delivery</u>

The Honorable Joanna Seybert
United States District Judge
United States District Court
Eastern District of New York
Central Islip, New York 11722

        Re:   <u>United States v. Zoobia Shahnaz</u>
              <u>Docket No. 17-CR-690 (JS)</u>

Dear Judge Seybert:

      The government respectfully submits this letter to request an adjournment of the government's filing deadline of June 6, 2018. The government respectfully requests an additional three weeks – on or about June 20, 2018 – to file its submission pursuant to the Classified Information Procedures Act, as discussed at the April 26, 2018 status conference. This additional time is necessary to complete the filing, and is still in advance of the upcoming July 6, 2018 status conference. I have conferred with defense counsel, who consents to this application.

      Thank you for your consideration of this request.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:   /s/
      Artie McConnell
      Assistant U.S. Attorney
      631-715-7825

cc:   Steve Zissou, Esq. (by ECF and Email)