JAM
F. #2017R01195

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – X

| | |
|---|---|
| UNITED STATES OF AMERICA | APPLICATION TO DESIGNATE A CLASSIFIED INFORMATION SECURITY OFFICER |
| - against - | |
| ZOOBIA SHAHNAZ, | |
| Defendant. | |

– – – – – – – – – – – – – – X

      The United States of America respectfully requests that the Court designate a Classified Information Security Officer ("CISO"),[1] pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA.  In support of its application, the government states the following:

      1.  This a criminal matter in which the grand jury has returned a superseding indictment charging the defendants with bank fraud, money laundering, and attempting to provide material support to a foreign terrorist organization.

      2.  The government will file a motion for a protective order, ex parte, in camera, and under seal, pursuant to Section 4 of CIPA.

---

[1] In the original Security Procedures promulgated by Chief Justice Burger, the title of the position was Court Security Officer.  In the revised Security Procedures promulgated by Chief Justice Roberts, the position is now known as Classified Information Security Officer.

3. To assist the Court and court personnel in handling the government's CIPA motion and implementing any orders relating to the matter, the government requests that the Court designate Harry J. Rucker as the CISO for this case, to perform the duties and responsibilities prescribed for CISOs in the Security Procedures promulgated by the Chief Justice.

4. The government further requests that the Court designate the following persons as Alternate CISO, to serve in the event Mr. Rucker is unavailable: Debra M. Guerrero-Randall, Daniel O. Hartenstine, Joan B. Kennedy, Shawn P. Mahoney, Maura L. Peterson, Carli V. Rodriguez-Feo, and W. Scooter Slade.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

Date:  June 18, 2018

\_\_\_\_/s/_____
Artie McConnell
Assistant United States Attorney