JAM
F. #2017R01195

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ZOOBIA SHAHNAZ,

            Defendant.

- - - - - - - - - - - - - - X

O R D E R

CR 17-690 (JS)

       The United States of America, having applied for the appointment a Classified Information Security Officer and alternates pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA, it is hereby ORDERED AND DECREED that the application is GRANTED.

       It is further ORDERED, in accordance with Section 9 of CIPA and the Security Procedures promulgated under Section 9, that the Court designates Harry J. Rucker as the Classified Information Security Officer in this case. It is further ORDERED that the Court designates the following persons as Alternate Classified Information Security Officers, to serve in the event Mr. Rucker is unavailable: Debra M. Guerrero-Randall, Daniel O. Hartenstine, Joan B. Kennedy, Shawn P. Mahoney, Maura L. Peterson, Carli V. Rodriguez-Feo, and W. Scooter Slade.

It is further ORDERED that the designated Classified Information Security Officer and alternates shall perform the functions and carry out the duties and responsibilities prescribed in the Security Procedures promulgated under Section 9 of CIPA.

/s/ JOANNA SEYBERT
THE HONORABLE JOANNA SEYBERT
United States District Court

Dated: June 19, 2018
Central Islip, NY