

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JAM
F.# 2016R00556

*610 Federal Plaza*
*Central Islip, New York 11722*

June 20, 2018

<u>By Hand and ECF</u>

The Honorable Joanna Seybert
United States District Judge
United States District Court
Eastern District of New York
Central Islip, New York 11722

      Re:    United States v. Zoobia Shahnaz
               <u>Docket No. 17-CR-690 (S-1)(JS)</u>

Dear Judge Seybert:

      The government hereby notifies the Court of its filing earlier today -- with the Classified Information Security Officer -- of a classified ex parte, sealed motion for a protective order pursuant to the Classified Information Procedures Act, Title 18, United States Code, Appendix III Section 4, and Federal Rule of Criminal Procedure 16(d)(1), with related material. A copy of the motion's cover page, with markings removed, and a proposed order on the motion are enclosed.

                                      Respectfully submitted,

                                      RICHARD P. DONOGHUE
                                      United States Attorney

                        By:    /s/
                                      Artie McConnell
                                      Assistant U.S. Attorney
                                      631-715-7825

cc:    Steve Zissou, Esq. (by ECF)