DMP:JAM
F.#2017R01195

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

       v.

ZOOBIA SHAHNAZ,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - -X

Filed with Classified
Information Security Officer

CISO _____

Date _____

**FILED EX PARTE,
IN CAMERA AND UNDER SEAL**

17-CR-690 (S-1) (JS)

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF ITS CLASSIFIED
EX PARTE, IN CAMERA MOTION FOR A PROTECTIVE ORDER PURSUANT TO
SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND
RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

RICHARD P. DONOGHUE
United States Attorney
Eastern District of New York

Artie McConnell
Assistant United States Attorney
Eastern District of New York

Joseph Attias
Trial Attorney
Counterterrorism Section
National Security Division
U.S. Department of Justice

(Of Counsel)