# CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: SEYBERT,J.   DATE: 9/28/2018   TIME: 12:00

DOCKET NUMBER: CR 17-690   TITLE: USA-V-

DEFT NAME: ZOOBIA SHAHNAZ   DEFT: #
   X PRESENT   ___ NOT PRESENT   X IN CUSTODY   ___ ON BAIL

   ATTY. FOR DEFT.: STEVE ZISSOU   X C.J.A.
         X PRESENT   ___ NOT PRESENT   ___ RET

A.U.S.A. J. ARTHUR McCONNELL   DEPUTY CLERK: D. FLANAGAN

COURT REPORTER:   X P. AUERBACH   ___ M. FOLEY
___ F. GUERINO   ___ P. LOMBARDI   ___ M. STEIGER   ___ D. TURSI
___ O. WICKER

 X  CASE CALLED. ALL COUNSEL PRESENT. CONFERENCE HELD.

 X  CASE ADJOURNED TO 11/5/2018 AT 2:00PM FOR STATUS CONFERENCE.

___ MOTION CONFERENCE HELD ON _____'S MOTION TO _____

___ ARGUMENT HEARD   ___ MOTION GRANTED.   ___ MOTION DENIED.
                     ___ DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

 X  SPEEDY TRIAL INFORMATION:
    CODE TYPE: X-   START DATE: 9/28/2018   XSTRT
               STOP DATE: 11/5/2018   XSTOP

 X  DEFT. CONTINUED IN CUSTODY.

___ JURY SELECTION & TRIAL SCHEDULED FOR _____

___ MOTIONS TO BE MADE BY _____

___ RESPONSE BY GOVERNMENT BY _____

___ REPLY IF ANY BY _____

 X  OTHER: SPEEDY TRIAL TIME EXCLUDED DUE TO DISCOVERY, PLEA NEGOTIATIONS.