## CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: SEYBERT,J.   DATE: 11/13/2018       TIME: 11:30

DOCKET NUMBER: CR 17-690         TITLE: USA-V-

DEFT NAME: ZOOBIA SHAHNAZ                            DEFT: #
   X PRESENT    ___NOT PRESENT   X IN CUSTODY    ___ ON BAIL

   ATTY. FOR DEFT.: STEVE ZISSOU              X C.J.A.
            X PRESENT       ___NOT PRESENT    ___RET

A.U.S.A. J. ARTHUR McCONNELL         DEPUTY CLERK: D. FLANAGAN

COURT REPORTER:  X P. AUERBACH    ___M. FOLEY    ___F. GUERINO
  ___P. LOMBARDI    ___M. STEIGER    ___D. TURSI    ___O. WICKER

 X  CASE CALLED.  ALL COUNSEL PRESENT.

 X  CONFERENCE HELD.

 X  CASE ADJOURNED TO 11/26/2018 AT 11:30AM FOR STATUS OR PLEA.

 X  SPEEDY TRIAL INFORMATION:
     CODE TYPE:  X-          START DATE: 11/ 5/2018      XSTRT
                             STOP DATE:  11/26/2018      XSTOP

 X  DEFT. CONTINUED IN CUSTODY.

 ___ JURY SELECTION & TRIAL SCHEDULED FOR

 ___ MOTIONS TO BE MADE BY

 ___ RESPONSE BY GOVERNMENT BY

 ___ REPLY IF ANY BY

 X  OTHER: SPEEDY TRIAL TIME EXCLUDED DUE TO PLEA NEGOTIATIONS.