**CRIMINAL CAUSE FOR GUILTY PLEA**

**BEFORE: SEYBERT,J.   DATE: 11/26/2018       TIME: 11:30**

**DOCKET NUMBER: CR 17-690         TITLE: USA-V-**

**DEFT NAME: ZOOBIA SHAHNAZ                          DEFT: #**
  **X PRESENT      NOT PRESENT  X IN CUSTODY      ON BAIL**

  **ATTY. FOR DEFT.: STEVE ZISSOU                X C.J.A.**
          **X PRESENT        NOT PRESENT     RET**

**A.U.S.A. J. ARTHUR McCONNELL          DEPUTY CLERK: C. BARAN**

**COURT REPORTER:** O. WICKER

 **X**   CASE CALLED.  ALL COUNSEL PRESENT.

 **X**   DEFT. WITHDRAWS NOT GUILTY PLEA AND ENTERS A PLEA OF GUILTY TO COUNT  1  OF THE SUPERSEDING INDICTMENT.

 **X**   COURT FINDS A FACTUAL BASIS FOR THE PLEA.

 **X**   SENTENCE DATE SET FOR  3/29/2019 AT 11:00AM.

 **X**   PROBATION DEPARTMENT NOTIFIED.

 **X**   DEFT. CONTINUED IN CUSTODY.

     OTHER: