MEMORANDUM TO
THE HONORABLE JOANNA SEYBERT
UNITED STATES DISTRICT JUDGE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 15 2019 ★

LONG ISLAND OFFICE

USA v. ZOOBIA SHAHNAZ
DOCKET #: 17-CR-690
SENTENCE DATE: March 29, 2019

**REQUEST FOR ADJOURNMENT OF SENTENCE**

On November 26, 2018, the defendant pled guilty before Your Honor to Attempt to Provide Material Support to a Foreign Terrorist Organization. On November 28, 2018, the undersigned was assigned to prepare the Presentence Report for sentencing.

The Probation Department is requesting an adjournment of sentencing in this matter, which is scheduled for March 29, 2019. The presentence interview was initially scheduled for January 16, 2019. On this date, the defendant could not be produced by the United States Marshals Service for the interview. The interview was rescheduled for March 5, 2019; however, Defense Counsel requested that this interview be rescheduled. The presentence interview is presently scheduled for March 26, 2019.

To ensure that a sufficient period of time be allocated for the preparation of the presentence report, and the review of the presentence report by the parties subsequent to disclosure, the Probation Department is respectfully requesting that the Court adjourn the sentence date for a period of 6 to 8 weeks.

__X__   Adjournment Request Granted.

_____   Adjournment Request Denied.

Comments: _New date: 5/17/2019 at 1:30 pm_

/s/ Joanna Seybert                                   3/15/2019
The Honorable Joanna Seybert                         Date
United States District Judge

Respectfully submitted,
Vita Quartara
Acting Chief U.S. Probation Officer

Prepared by:                                         Approved by:

Jared A. Maneggio                                    Linda Fowle
U.S. Probation Officer                               Supervisory U.S. Probation Officer
631-712-6329                                         631-712-6357

Date: March 13, 2019

cc:   Steve Zissou, Esq., Defense Counsel, and AUSA Artie McConnell, Esq.