

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JAM                                         *271 Cadman Plaza East*
F.# 2017R01195                              *Brooklyn, New York 11201*

April 8, 2019

<u>By ECF and Hand Delivery</u>

The Honorable Joanna Seybert
United States District Judge
United States District Court
Eastern District of New York
Central Islip, New York 11722

      Re:    United States v. Zoobia Shahnaz
            <u>Docket No. 17-CR-690 (JS)</u>

Dear Judge Seybert:

      The government respectfully submits this letter to request an adjournment of sentencing in the above-captioned case, which is currently scheduled for May 17, 2019. September 11, 2019 is a date that is convenient for both the government and defense counsel, and I have been advised by the Court that the 11th is available.  This adjournment will allow the parties to respond to the Pre-Sentence Report ("PSR") and complete other pre-sentencing tasks.  I have conferred with defense counsel, who consents to this application.

      Thank you for your consideration of this request.

            Respectfully submitted,

            RICHARD P. DONOGHUE
            United States Attorney

      By:      <u>  /s/                  </u>
            Artie McConnell
            Assistant U.S. Attorney
            631-715-7825

cc:    Steve Zissou, Esq. (by ECF and Email)