

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JAM
F.# 2017R01195

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 6, 2020

By ECF and Hand Delivery

The Honorable Joanna Seybert
United States District Judge
United States District Court
Eastern District of New York
Central Islip, New York 11722

      Re:    United States v. Zoobia Shahnaz
              Docket No. 17-CR-690 (JS)

Dear Judge Seybert:

      The government respectfully submits this letter on behalf of the parties to jointly request an adjournment of sentencing in the above-captioned case, which is currently scheduled for January 17, 2020. February 21, 2020 is a date that is convenient for both the government and defense counsel, and I have been advised by the Court that the 21st is available. This adjournment will allow the parties to finalize their sentencing submissions and complete other pre-sentencing tasks.

      Thank you for your consideration of this request.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:    /s/
      Artie McConnell
      Assistant U.S. Attorney
      718-254-7150

cc:    Steve Zissou, Esq. (by ECF and Email)