

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JAM
F.# 2017R01195

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 18, 2020

By ECF

The Honorable Joanna Seybert
United States District Judge
United States District Court
Eastern District of New York
Central Islip, New York 11722

        Re:    United States v. Zoobia Shahnaz
             Docket No. 17-CR-690 (JS)

Dear Judge Seybert:

        The government respectfully submits this letter on behalf of the parties to jointly request an adjournment of sentencing in the above-captioned case, which is currently scheduled for February 21, 2020, as defense counsel will be engaged and on trial in a different matter.  March 13, 2020 is a date that is convenient for both the government and defense counsel, and I have been advised by the Court that the 13th is available.

        Thank you for your consideration of this request.

        Respectfully submitted,

        RICHARD P. DONOGHUE
        United States Attorney

By:   /s/
      Artie McConnell
      Assistant U.S. Attorney
      718-254-7150

cc:    Steve Zissou, Esq. (by ECF and Email)